PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Rosanna L. Cruel Blanco            Cr.: 13-00488-001
                                                                                        PACTS #: 66313

Name of Assigned Judicial Officer:     THE HONORABLE JOSE L. LINARES
                                             CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: November 22, 2013

Original Offense: CONSPIRACY TO COMMITT MAIL FRAUD

Original Sentence: 21 months Imprisonment, 36 months supervised release

Special Conditions: $100 Special Assessment, No New Debt, $336,090.87 in Restitution

Type of Supervision: Supervised Release                 Date Supervision Commenced: 07/15/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Violation Number</u>     <u>Nature of Noncompliance</u>

1.            The offender's term of supervised release is scheduled to expire on July 15, 2018, with an outstanding restitution balance of $327,067.85. The offender was unable to fully satisfy the balance prior to the scheduled date of expiration.

U.S. Probation Officer Action:

We are requesting that the offender's supervised release term be allowed to expire on July 15, 2018 as the Financial Litigation Unit will pursue collection of the remaining restitution balance.

Respectfully submitted,

*Kevin P. Egli*
By: Kevin P. Egli
    Senior U.S. Probation Officer
Date: 06/20/2018

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Allow Supervised Release to terminate on July 15, 2018 with outstanding restitution

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

6/27/18
Date